IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAY CONTEE | : | CIVIL ACTION |
| v. | : | |
| UNIVERSITY OF PENNSYLVANIA | : | NO.: 21-cv-01398 |

### O R D E R

**AND NOW**, this 7ᵀᴴ day of **APRIL 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Henry S. Perkin.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
Clerk of Court