**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK**
U.S. COURTHOUSE
601 MARKET STREET ROOM 2609
PHILADELPHIA, PA 19106



KATE BARKMAN
CLERK OF COURT

CLERK'S OFFICE
215-597-7704

04/07/2021

21-cv-1398

Law Offices of Faye Riva Cohen P.C.
2047 Locust Street
Philadelphia, PA 19103-5613

Enclosed please find your Check/Money Order no. 5704   in the amount of $ 400 of which we return for the following reason(s):

☐ We request your case # in this court, EDPA, for proper posting

☐ Check was damaged.

☐ Check must be payable to: Clerk, U.S. District Court

☐ Name or case number on check was illegible.

☑ Check/money order is made out for the incorrect amount.  The correct fee is $ 402 .

☐ Habeas Corpus check and paperwork do not match up.

☐ Checking Account has insufficient funds.

☐ Filing fee previously paid electronically via pay.gov, receipt no. _____

☑ Other: Law Firm was going to make payment via ECF.

If your case is in this court, please correct the check and return at your earliest convenience.

Should you have any questions concerning this matter, please contact the Finance Department.

Sincerely,
KATE BARKMAN, CLERK

By:
Steve Tomas                    Deputy Clerk