**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Clay Contee,<br><br>   Plaintiff,<br><br><br>   v.<br><br>University of Pennsylvania,<br><br>   Defendant. | :<br>:<br>:<br>:<br>:   Civil Action No.: 21-cv-01398<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as counsel on behalf of Defendant Trustees of the

University of Pennsylvania[1] in the above matter.


Dated:  May 26, 2021                                      /s/ *Rebecca A. Leaf*
                                                                      Rebecca A. Leaf (No. 325589)
                                                                      Ballard Spahr LLP
                                                                      300 East Lombard Street
                                                                      18th Floor
                                                                      Baltimore, MD 21202-3268
                                                                      T: 215.864.8575 F: 215.864.8999
                                                                      leafr@ballardspahr.com


                                                                      *Attorney for Defendant*

---

[1]  Plaintiff erroneously filed the Complaint against the University of Pennsylvania.  Defendant's
    correct legal name is The Trustees of the University of Pennsylvania.

**CERTIFICATE OF SERVICE**

I, Rebecca Leaf, hereby certify that, on this day, the foregoing Entry of

Appearance was filed electronically and is available for viewing and downloading from the ECF

system.


Dated:  May 26, 2021                                        /s/ *Rebecca A. Leaf*
                                                                       Rebecca A. Leaf