IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAY CONTEE,

    Plaintiff,

    v.                                          Civil Action No. 2:21-cv-01398

UNIVERSITY OF PENNSYLVANIA

    Defendant.

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, nongovernmental corporate defendant the Trustees of the University of Pennsylvania, incorrectly named as University of Pennsylvania, states that no publicly-traded company owns more than ten percent (10%) of its stock.

Date: May 27, 2021

Respectfully submitted,

/s/ Meredith S. Dante

Meredith Dante (No. 209119)
Rebecca Leaf (No. 325589)
Ballard Spahr LLP
1735 Market St 51st floor,
Philadelphia, PA 19103
T: 215.655.8500

*Attorneys for Defendant Trustees of the University of Pennsylvania*

DMEAST #44955446 v1

## **CERTIFICATE OF SERVICE**

        I, Rebecca A. Leaf, hereby certify that a true and correct copy of the foregoing Defendant's Rule 7.1 Corporate Disclosure Statement was filed electronically on the date noted below and is available for viewing and downloading from the ECF system.

Dated: May 27, 2021　　　　　　　　　　　　*/s/ Rebecca A. Leaf*
　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Leaf