IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAY CONTEE,

    Plaintiff,

v.                          Civil Action No. 2:21-cv-01398

UNIVERSITY OF PENNSYLVANIA

    Defendant.

## ORDER

**AND NOW,** this 21st day of  June , 2021, upon consideration of Defendant The Trustees of the University of Pennsylvania's Motion for Leave to File Reply Memorandum in Support of its Motion To Dismiss, it is hereby ordered that the Motion is **GRANTED.**

BY THE COURT:

_____
Hon. Berle M. Schiller