# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAY CONTEE,<br>      Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| UNIVERSITY OF PENNSYLVANIA,<br>      Defendant. | : | No. 21-1398 |

## ORDER

**AND NOW**, this **29th** day of **June, 2021**, upon consideration of Defendant's Motion to Dismiss, Plaintiff's Response in Opposition, and Defendant's Reply, and for the reasons stated in the Court's Memorandum dated June 29, 2021 it is **ORDERED** that the Motion to Dismiss (Document No. 7) is **DENIED**.

**BY THE COURT:**

/s/ Berle M. Schiller

**Berle M. Schiller, J.**