IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAY CONTEE,

Plaintiff,

v.   Civil Action No. 2:21-cv-01398

UNIVERSITY OF PENNSYLVANIA

Defendant.

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Clay Contee and Defendant The Trustees of the University of Pennsylvania, through their respective undersigned counsel, hereby stipulate and agree that the time Defendant has to answer, move, or otherwise plead in response to the Complaint in this matter shall be extended to August 3, 2021.  No prior extensions have been requested.

| /s/  Meredith S. Dante | /s/  Faye Riva Cohen |
|---|---|
| Meredith S. Dante<br>dantem@ballardspahr.com<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>Telephone:  215.864.8238<br>Facsimile:  215.864.8999 | Faye Riva Cohen<br>frc@fayerivacohen.com<br>Law Office of Faye Riva Cohen<br>2047 Locust Street<br>Philadelphia, PA  19103<br>Telephone:  215.563.7776<br>Facsimile:  215.563.9996 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

**SO ORDERED**

Dated: July 19, 2021

_____

Hon. Berle M. Schiller

**Error! Unknown document property name.**