IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAY CONTEE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA | : | NO. 21-1398 |

## Notice of Conference

    Notice is hereby given that a Rule 16 conference is scheduled in the above-referenced case for Wednesday, October 13, 2021, at 11:00 a.m. via telephone. Counsel should dial in to the call at (888) 684-8852 and enter the access code 9715761#.

    The parties shall make the required initial disclosures under Fed.R.Civ.P. 26(a) and shall commence discovery immediately. It is expected that the parties will have conducted substantial discovery by the time of the Rule 16 conference.

    Counsel are directed to review the "Scheduling Policy Statement" portion of Judge Schiller's Policies and Procedures from this Court's website at this link: http://www.paed.uscourts.gov/judges-info/senior-judges/berle-m-schiller prior to preparing a Rule 26(f) plan.

    All counsel appearing before Judge Schiller are required to be registered ECF users; notices will be sent via e-mail only. Any questions should be directed to the undersigned at 267-299-7621 or jean_pennie@paed.uscourts.gov.

FOR THE COURT:

Dated: September 14, 2021    By: _/s/ Jean M. Pennie_
                                                   Jean M. Pennie, Civil Deputy Clerk
                                                   to the Honorable Berle M. Schiller