IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAY CONTEE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | No. 21-1398 |
|     Defendant. | : | |
| | : | |

**ORDER**

**AND NOW**, this **15th** day of **November, 2021**, it is **ORDERED** that:

1. The parties are strongly encouraged to resolve discovery disputes by themselves. In the event a discovery dispute requires court intervention, the parties shall first seek a telephone conference with the Court before filing any motion.[1]

2. Counsel will continue to engage in discovery and settlement negotiations. Counsel will notify the Court as to the status of their settlement negotiations by **December 10, 2021** and inform the Court if they would like to engage in further settlement discussions with the assistance of a Magistrate Judge or whether they intend to proceed to a bench trial.

BY THE COURT:

_____
Berle M. Schiller, J.

---

[1] All requests for action by the Court shall be by motion, *see* Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties, indicating in such a letter whether the other parties consent to the request. Responses to all motions are due within the period prescribed by Local Rule 7.1(c). Court permission, by motion, is required before a party files a reply to a response to any motion. Any reply brief is limited to the issues raised in the response and may not raise theories or issues not discussed in the original motion. Briefs accompanying motions and responses to motions are limited to twenty-five pages absent leave of Court.