## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAY CONTEE,

      Plaintiff,

      v.                            Civil Action No. 2:21-cv-1398

UNIVERSITY OF PENNSYLVANIA

      Defendant.

## WITHDRAWAL OF APPEARANCE

      Pursuant to Local Rule of Civil Procedure 5.1, kindly withdraw my appearance as counsel on behalf of Defendant University of Pennsylvania in the above matter.  Meredith S. Dante, Esq. of Ballard Spahr LLP remains counsel of record for Defendant.

Dated:  March 31, 2022                 /s/ *Rebecca A. Leaf*
                                  Rebecca A. Leaf (I.D. No. 325589)
                                  leafr@ballardspahr.com
                                  BALLARD SPAHR LLP
                                  300 EAST LOMBARD STREET, 18TH FLOOR
                                  BALTIMORE, MD 21201
                                  Telephone: 215-864-8575
                                  Facsimile: 215-864-8999

                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I, Rebecca A. Leaf, hereby certify that, on this day, the foregoing Withdrawal of

Appearance was filed electronically and is available for viewing and downloading from the ECF

system.


Dated:  March 31, 2022                        /s/ *Rebecca A. Leaf*

                                             Rebecca A. Leaf