IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAY CONTEE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 21-1398** |

### O R D E R

**AND NOW, TO WIT:** This 8th day of July, 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

        **GEORGE WYLESOL**, Clerk of Court

        BY: _/s/ Jean M. Pennie_
           Jean M. Pennie
           Deputy Clerk

Civ 2 (8/2000)
41(b).frm